UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Housing Works, Independent Living Center of Southern California, Inc., and Timothy Laraway,<br><br>Plaintiffs,<br><br>v.<br><br>County of Los Angeles, County of Los Angeles Board of Supervisors, and Los Angeles County Department of Public Social Services,<br><br>Defendants. | No. CV 15-8982-GW(RAOx)<br><br>Hon. George H. Wu<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS IN AN AMOUNT SPECIFIED**<br><br>Hearing Date: July 12, 2018<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Action Filed: November 18, 2015 |

1   The Court, having considered the Motion for Attorneys' Fees and Costs in an Amount Specified submitted by Plaintiffs Housing Works and Independent Living Center of Southern California, Inc. (collectively, "Plaintiffs"), the Notice, Memorandum of Points and Authorities, declarations, exhibits, and other accompanying documents in support thereof, the opposing memoranda, declarations, exhibits, and other documents submitted by Defendants County of Los Angeles, County of Los Angeles Board of Supervisors, and Los Angeles County Department of Public Social Services (collectively, "Defendants"), and the arguments of the parties, finds Good Cause to grant the Motion for the reasons stated on the record of the hearing held on July 12, 2018 and those set forth in the Court's Final Ruling, which the Court adopted in its July 12, 2018 Minute Order (ECF 155).

THEREFORE, the Court hereby GRANTS the Motion for Attorneys' Fees and Costs in an Amount Specified, and ORDERS THAT:

a) Plaintiffs shall recover their attorneys' fees incurred in this case, payable to their counsel, in the amount of $1,731,696.00.

b) Plaintiffs shall recover their costs incurred in this case, payable to their counsel, in the amount of $79,192.00.

c) Defendants shall pay $1,810,888.00, which is the combined sum of the amounts listed in (a) and (b) above, to the Western Center on Law and Poverty, which shall be responsible for distributing to each of its co-counsel its appropriate share.

d) Defendants shall remit to Plaintiffs' counsel the full amount listed in (c) above no later than August 31, 2018.

SO ORDERED.

DATED: July 18, 2018

*George H. Wu*

Honorable George H. Wu
United States District Judge